04-01458
USDC/P.R.
Fuste, J.
02-58 T

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 03-1101

UNITED STATES,

Appellee,

v.

JOSE GONZALEZ-CRUZ,

Defendant, Appellant.

---

Before

Boudin, Chief Judge,
Stahl, Senior Circuit Judge,
and Lynch, Circuit Judge.

---

**JUDGMENT**
**Entered: October 19, 2005**

Counsel has filed motion to withdraw and a brief under Anders v. California, 386 U.S. 738 (1976); counsel also has indicated that defendant does not wish to raise any arguments under United States v. Booker, 125 S. Ct. 738 (2005). We have carefully reviewed the briefs filed by both counsel and defendant and conclude that there is no basis for an attack on defendant's convictions, revocation of supervised release, and/or sentences.

Defendant was not "in custody" when he gave the initial statements at the post office because there was no "formal arrest or restraint on freedom of movement of the degree associated with a formal arrest." United States v. Ventura, 85 F.3d 708, 712 (1st Cir. 1996). The statement therefore was admissible. Similarly, the district court did not err in admitting the evidence of defendant's prior criminal history. Defendant's counsel specifically had agreed to the admission, and the court gave a limiting instruction.

As for sentencing on the passport convictions, the two-level enhancement to defendant's base offense level based on obstruction of justice clearly was reasonable. The false information defendant had given to the probation officer was material to the district court's sentencing decision and there was no double counting. Nor do we find fault with the court's decision to impose a consecutive sentence for the revocation of defendant's supervised release. Chapter 7 of the Sentencing Guidelines specifically provides for such a sentence. See U.S.S.G. § 7B1.3(f).

Counsel's motion to withdraw is granted, and the judgments of the district court are summarily affirmed. See 1st Cir. Local Rule 27(c).

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

George Kretas

Deputy Clerk

Date: 11/9/05

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: James E. Methe, Esq., Kenneth P. Madden, AUSA, Donald Lockhart, AUSA]