**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

OFFICE OF THE CLERK

June 3, 2008

CR No: 02-58T
Case Name: USA v.
Jose Gonzales-Cruz



Dear Mr Madden/MacDonald

In accordance with Rule 19 of the Local Rules, the Clerk of the District Court has been holding exhibits in the above-entitled action.

It is requested that your office send a representative on or before June 7, 2007 to retrieve these exhibits. If not, the Clerk will dispose of them without further notice.

Very truly yours,
Barbara J. Gilfillan
Deputy Clerk
752-7206

destroyed 6/11/08
BJG